No. 65638.—Frazar & Co., Inc., et al. *v.* United States, protests 60/23320, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

No. 65639.—Raymor Mfg. Div., Inc., et al. *v.* United States, protests 59/21223, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of bookshelves, etc., similar in all material respects to those the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiffs was sustained.

No. 65640.—Raymor Mfg. Div., Inc., et al. *v.* United States, protests 60/25624, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of bookshelves, etc., similar in all material respects to those the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MAY 17, 1961

No. 65641.—The Andrew Fisher Cycle Co., Inc., et al. *v.* United States, protests 309869–K, etc. (Tampa).